1  BAILUS COOK & KELESIS, LTD.
   MARK B. BAILUS, ESQ.
2  Nevada Bar No. 2284
   517 South Ninth Street
3  Las Vegas, Nevada 89101
   Phone: (702) 737-7702
4  Fax: (702) 737-7712
   Email: law@bckltd.com
5  *Attorneys for Defendant*

6                     **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8                                      * * *

9  UNITED STATES OF AMERICA,            )
                                         )   Case No.: 2:15-cr-00102-KJD-NJK
10                 Plaintiff,            )
                                         )
11 vs.                                   )   **STIPULATION FOR MODIFICATION**
                                         )   **OF CONDITIONS OF PRETRIAL**
12 ROSHERRAL BEVERLY,                    )   **RELEASE**
                                         )
13                                       )
                   Defendant.            )
14 _____ )

15

16         **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, United States

17 of America, by and through its attorneys, DANIEL G. BOGDEN, United States Attorney,

18 NICHOLAS DICKINSON, Assistant United States Attorney, and Defendant, ROSHERRAL

19 BEVERLY, by and through her attorney, MARK B. BAILUS, ESQ. of the law firm of BAILUS

20 COOK & KELESIS, LTD.,  that the conditions of Defendant's pretrial release be modified as to

21 condition number thirty-one (31) of the Appearance Bond (Doc. #9) deleting the phrase "potential

22 witnesses" with the remainder of said condition remaining in effect.  The modified condition would

23 then read "The defendant shall avoid all contact directly or indirectly with any person who is or may

24 become a victim in the investigation or prosecution, including but not limited to: _____."

25         This stipulation is entered into for the following reasons:

26         1.      One of the potential witnesses is a friend of the Defendant who works in the same

27 office as the Defendant and another potential witness is her sister who also works in the office with

28 Defendant.  Both potential witnesses interact with the Defendant on a social basis as well.

2.   Samira Barlow of U.S. Pretrial Services has been contacted regarding this modification and has no objection to the change.

DATED this _____ day of April, 2015.

| BAILUS COOK & KELESIS, LTD. | UNITED STATES OF AMERICA |
|---|---|
| By _____<br>MARK B. BAILUS, ESQ.<br>Nevada Bar No. 2284<br>517 S. Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Defendant*<br>*Rosherral Beverly* | By _____<br>NICHOLAS DICKINSON<br>Assistant United States Attorney<br>333 S. Las Vegas Blvd., 5th Floor<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff*<br>*United States of America* |

**ORDER**

**IT IS THEREFORE ORDERED** that condition number thirty-one (31) of the Appearance Bond (Doc. #9) shall be modified and the phrase "potential witnesses" is to be deleted and the remainder of said condition shall remain in effect.  Condition number thirty-one (31) of the Appearance Bond (Doc. #9) shall provide "The defendant shall avoid all contact directly or indirectly with any person who is or may become a victim in the investigation or prosecution, including but not limited to: _____."

DATED this  28th  day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

BAILUS COOK & KELESIS, LTD.

_____
Mark B. Bailus, Esq. (2284)
517 S. Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*